

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00125-CV

ELVISHA BRIGHTMAN, Appellant

V.

BRAD BURRIS RENTALS, Appellee

On Appeal from the County Court
Harrison County, Texas
Trial Court No. 4446-E

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Elvisha Brightman filed a notice of appeal in this matter on November 24, 2025. Brightman has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1.

By letter dated December 12, 2025, Brightman was provided with notice of and an opportunity to cure this defect. *See* TEX. R. APP. P. 42.3(b), (c). Our letter further warned Brightman that if she did not cure this deficiency by December 22, 2025, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rule. Brightman did not file a docketing statement. Further, we have received no communication from Brightman in response to our December 12, 2025, correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Scott E. Stevens
Chief Justice

Date Submitted:     January 6, 2026
Date Decided:       January 7, 2026